DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

METRO THEODORE BUTNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

Case No. 2D20-3077
_____

September 17, 2021

Appeal from the Circuit Court for Polk County; Larry Helms, Judge.

Loren D. Rhoton, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

MORRIS, C.J., KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.